IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                              )
          v.                  )   Criminal No. 06-388
                              )
KEVIN CARTER,                 )
          Defendant.          )

ORDER

AND NOW, this 25th day of February, 2008, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered November 16, 2006,

IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Tuesday, March 4, 2008 at

10 a.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.


                         BY THE COURT:


                         s/Gary L. Lancaster        ,J.
                         The Honorable Gary L. Lancaster,
                         United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      G. William Bills, Jr., Esquire
      1601 Frick Building
      Pittsburgh, PA 15219-1505

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation